HARRY M. WILNER, Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— Order modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

JOSEPH FELDMAN v. FALK AMERICAN POTATO FLOUR CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

JOSEPH LEED v. ADVANCE NOVELTY CANDY MANUFACTURING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

HYMAN LEED v. ADVANCE NOVELTY CANDY MANUFACTURING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

EMANUEL LEED, an Infant, etc., v. ADVANCE NOVELTY CANDY MANUFACTURING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

MICHAEL LEED v. ADVANCE NOVELTY CANDY MANUFACTURING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

ISAAC STEINBERG v. MARTHA DE JONGH, as Administratrix, etc.— Motion to dismiss appeal denied. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

WILLIAM E. D. STOKES v. FREDERICK A. JONES.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

HARRY GROSS and Another v. MAX BERNSTEIN.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

SOPHIE SHATZKIN v. MAYER S. SHATZKIN.— Motion to dismiss appeal denied. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

SAMUEL E. FRIEDMAN v. MAX ROSENBLATT.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. W. W. HODKINSON CORPORATION v. JACOB A. CANTOR and Others, as Commissioners, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

SAMUEL MANN BROS., INC., v. CHALLENGE REFRIGERATOR COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.